# EXHIBIT A

## KELSEY E. ALLISON

**IP Address:** 128.255.141.4 2007-04-03 21:28:05 EDT

**CASE ID#** 124229933

**P2P Network:** Gnutella

**Total Audio Files:** 719

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | 3 Doors Down | Be Like That | The Better Life | 277-407 |
| BMG Music | Dave Matthews Band | Fool To Think | Everyday | 300-313 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Circles | Morning View | 306-181 |
| UMG Recordings, Inc. | The Roots | Rolling With Heat | Phrenology | 314-538 |
| BMG Music | David Gray | Babylon | White Ladder | 297-324 |
| UMG Recordings, Inc. | Counting Crows | Holiday in Spain | Hard Candy | 321-021 |
| Warner Bros. Records Inc. | Linkin Park | In The End | Hybrid Theory | 288-402 |
| Arista Records LLC | Ace of Base | Don't Turn Around | The Sign | 169-749 |
| UMG Recordings, Inc. | Counting Crows | A Long December | Recovering The Satellites | 226-415 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Idiot Box | SCIENCE | 249-690 |

CHGO1\31143115.1