**AEE**

**FILED**

**JANUARY 22, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 472**

In the Matter of

Plaintiffs
UMG RECORDINGS, et al.
v                                    Case Number:
KELSEY E. ALLISON
Defendant

**JUDGE HART**
**MAGISTRATE JUDGE COX**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

UMG RECORDINGS, INC.; BMG MUSIC; SONY BMG MUSIC ENTERTAINMENT; WARNER BROS. RECORDS INC.; and ARISTA RECORDS LLC

| |
|---|
| NAME (Type or print) <br> Ann Marie Bredin |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> /s/ Ann Marie Bredin |
| FIRM <br> DLA PIPER US LLP |
| STREET ADDRESS <br> 203 N. LaSalle Street  Suite 1900 |
| CITY/STATE/ZIP <br> Chicago, IL  60601-1293 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)    TELEPHONE NUMBER <br> ARDC #06255663                              (312) 368-4000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐    NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☐    NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☐    NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ |