AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.        DATE FILED | United States District Court<br>Northern District of Illinois<br>Everett McKinley Dirksen Building<br>219 South Dearborn St., 20th Floor<br>Chicago, IL 60604 |

| PLAINTIFF | DEFENDANT |
|---|---|
| UMG RECORDINGS, INC.; BMG MUSIC; SONY BMG MUSIC ENTERTAINMENT; WARNER BROS. RECORDS INC.; and ARISTA RECORDS LLC | KELSEY ALLISON |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK<br>GREGORY YOUNG | DATE<br>1/23/08 |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

CHGO1\31143115.1

**JUDGE HART**
**MAGISTRATE JUDGE COX**

**FILED**
**JANUARY 22, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# EXHIBIT A

## KELSEY E. ALLISON

**IP Address:** 128.255.141.4 2007-04-03 21:28:05 EDT          **CASE ID#** 124229933

**P2P Network:** Gnutella                                      **Total Audio Files:** 719

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | 3 Doors Down | Be Like That | The Better Life | 277-407 |
| BMG Music | Dave Matthews Band | Fool To Think | Everyday | 300-313 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Circles | Morning View | 306-181 |
| UMG Recordings, Inc. | The Roots | Rolling With Heat | Phrenology | 314-538 |
| BMG Music | David Gray | Babylon | White Ladder | 297-324 |
| UMG Recordings, Inc. | Counting Crows | Holiday in Spain | Hard Candy | 321-021 |
| Warner Bros. Records Inc. | Linkin Park | In The End | Hybrid Theory | 288-402 |
| Arista Records LLC | Ace of Base | Don't Turn Around | The Sign | 169-749 |
| UMG Recordings, Inc. | Counting Crows | A Long December | Recovering The Satellites | 226-415 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Idiot Box | SCIENCE | 249-690 |

CHGO1\31143115.1