AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

UMG RECORDINGS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and ARISTA RECORDS LLC, a Delaware limited liability company,

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**08 C 472**

**JUDGE HART**
**MAGISTRATE JUDGE COX**

V.

**KELSEY ALLISON**

TO:

Kelsey E. Allison
961 March St.
Lake Zurich, IL 60047

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

Keith W. Medansky         Phone: (312) 368-4000
Ann Marie Bredin          Fax:   (312) 236-7516
Amanda C. Jones
DLA PIPER US LLP
203 N. LaSalle Street  Suite 1900
Chicago, Illinois 60601-1293

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

Michael W. Dobbins, Clerk

*/s/ Anya Ellis*

(By) DEPUTY CLERK

DATE

January 22, 2008

Date



IN THE
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UMG RECORDINGS, INC., A DELAWARE CORPORATION; ET AL.,<br><br>Plaintiff/Petitioner<br><br>vs.<br>KELSEY ALLISON<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO: **08 C 472**<br><br>DECLARATION OF SERVICE OF:<br>SUMMONS; CIVIL COVER SHEET; COMPLAINT; EXHIBITS; CASE MANAGEMENT PROCEDURES; FEDERAL RULES OF CIVIL PROCEDURE: GENERAL PROVISIONS REGARDING DISCOVERY; DUTY OF DISCLOSURE; ORDER OF DISMISSAL RETAINING JURISDICTION TO ENFORCE CERTAIN TERMS OF SETTLEMENT; LOCAL RULES; PRETRIAL MEMORANDUM; NOTICE TO DEFENDANT |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **8th day of February, 2008, at 6:30 PM**, at the address of **961 MARCH Street, LAKE ZURICH, Lake** County, **IL 60047**; this declarant served the above described documents upon **KELSEY E. ALLISON**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **REFUSED NAME, A white female approx. 21-25 years of age**, a person of suitable age and discretion residing at the respondent's usual place of abode listed above.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **Illinois** that the statement above is true and correct.

DATED this 13th day of February, 2008.

_[signature]_
Chester Macrowski

| | | |
|---|---|---|
| FOR: **DLA PIPER US LLP**<br>REF:<br>**ALLISONKELSEY|124229933** | ORIGINAL PROOF OF SERVICE | Tracking #: **5256045** SEA<br>[barcode] |

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

DATE: 2/8/2008

Service of Summons and Complaint was made by me.[1]

NAME OF SERVER (PRINT)
CHESTER MACROWSKI

TITLE: PROCESS SERVER

*Check one box below to indicate appropriate method of service.*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing there in.

Name of person with whom the summons and complaint were left: REFUSED NAME

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing Information Contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: 2/8/08
Dated

Signature of Server

911 GRAND AVE., WAUKEGAN, IL 60085
Address of Server

(1) As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.