IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and ARISTA RECORDS LLC, a Delaware limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> KELSEY ALLISON, <br><br> Defendant. | Case No.: 08 C 472 <br><br> Honorable William T. Hart |

**ORDER FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

This matter coming to be heard on the motion of Plaintiffs UMG Recordings, Inc., BMG Music, Sony BMG Music Entertainment, Warner Bros. Records Inc., and Arista Records LLC (collectively, the "Plaintiffs") for entry of default judgment and a permanent injunction against Defendant Kelsey Allison ("Defendant"), filed on March 18, 2008 (the "Motion"); due and proper notice having been provided; good cause appearing therefore; and this Court being fully advised in the premises;

**IT IS HEREBY ORDERED AND ADJUDGED:**

1. Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the ten (10) sound recordings listed in Exhibit A to the Complaint for Copyright Infringement (the "Complaint").

2. Accordingly, having been adjudged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A

to the Complaint, in the total principal sum of Seven Thousand Five Hundred Dollars ($7,500.00).

3. Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Four Hundred Twenty Dollars ($420.00).

4. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Be Like That," on album "The Better Life," by artist "3 Doors Down" (SR# 277-407);
- "Fool To Think," on album "Everyday," by artist "Dave Matthews Band" (SR# 300-313);
- "Circles," on album "Morning View," by artist "Incubus" (SR# 306-181);
- "Rolling With Heat," on album "Phrenology," by artist "The Roots" (SR# 314-538);
- "Babylon," on album "White Ladder," by artist "David Gray" (SR# 297-324);
- "Holiday in Spain," on album "Hard Candy," by artist "Counting Crows" (SR# 321-021);
- "In The End," on album "Hybrid Theory," by artist "Linkin Park" (SR# 288-402);
- "Don't Turn Around," on album "The Sign," by artist "Ace of Base" (SR# 169-749);
- "A Long December," on album "Recovering The Satellites," by artist "Counting Crows" (SR# 226-415);
- "Idiot Box," on album "SCIENCE," by artist "Incubus" (SR# 249-690);

5. Defendant shall also be and hereby is enjoined from directly or indirectly infringing any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.

6. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DATED: _____      By: _____
                                                        Honorable William T. Hart
                                                       United States District Judge