IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and ARISTA RECORDS LLC, a Delaware limited liability company, <br><br>　　　　Plaintiffs, <br><br>v. <br><br>KELSEY ALLISON, <br><br>　　　　Defendant. | Case No.: 08 C 472 <br><br> Honorable William T. Hart |

## NOTICE OF MOTION

Please take notice that on Wednesday, April 2, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable William T. Hart, or any Judge sitting in his stead in Courtroom 2243 at the Dirksen Federal Courthouse, 219 South Dearborn, Chicago, Illinois, and shall then and there present Plaintiffs' Motion for Default Judgment and Permanent Injunction and the accompanying Memorandum in Support of Plaintiffs' Motion for Default Judgment and Permanent Injunction, copies of which are attached hereto and hereby served upon you.

CHGO1\31166840.1

Respectfully submitted,

UMG RECORDINGS, INC; BMG MUSIC; SONY BMG MUSIC ENTERTAINMENT; WARNER BROS. RECORDS INC.; and ARISTA RECORDS LLC,

DATED: March 18, 2008

By: /s/ Amanda C. Jones
   One of their attorneys

Keith W. Medansky (ARDC #06195673)
Ann M. Bredin (ARDC #06255663)
Amanda C. Jones (ARDC #06286509)
**DLA PIPER US LLP**
203 N. LaSalle Street  Suite 1900
Chicago, Illinois 60601-1293
Tel. (312) 368-4000
Fax. (312) 236-7516

## CERTIFICATE OF SERVICE

    I, Amanda C. Jones, hereby certify that on March 18, 2008, I caused copies of (a) the Notice of Motion, (b) the Motion for Default Judgment and Permanent Injunction, and (c) the Memorandum in Support of Motion for Default Judgment and Permanent Injunction (collectively, the "Documents") to be filed electronically. Notice of these filings were sent automatically, via the Court's CM/ECF system, to all parties that have filed an electronic appearance in the proceeding. In addition, on March 18, 2008, I caused a copy of the Documents to be served on the following party, via Federal Express, with delivery guaranteed to occur prior to 7:00 p.m. on Wednesday, March 19, 2008:

        Kelsey E. Allison
        961 March Street
        Lake Zurich, Illinois  60047


DATED:  March 18, 2008        By:   /s/ *Amanda C. Jones*
                                                                Amanda C. Jones