UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and ARISTA RECORDS LLC, a Delaware limited liability company, <br><br>    Plaintiffs, <br><br>         vs. <br><br>KELSEY ALLISON, <br><br>    Defendant. | No.: 08 C 472 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs UMG RECORDINGS, *et al.*, by and through their attorneys, voluntarily dismiss this case without prejudice, each party to bear its/her own fees and costs. The Clerk of Court is respectfully requested to close this case.

                                   Respectfully submitted,

                                   UMG RECORDINGS, INC.; BMG MUSIC;
                                   SONY BMG MUSIC ENTERTAINMENT;
                                   WARNER BROS. RECORDS INC.; and ARISTA
                                   RECORDS LLC

DATED:  March 31, 2008             By:    */s/ Amanda C. Jones*
                                            One of their attorneys

Keith W. Medansky (ARDC #06195673)
Ann Marie Bredin (ARDC #06255663)
Amanda C. Jones (ARDC #06286509)
**DLA PIPER US LLP**
203 N. LaSalle Street  Suite 1900
Chicago, Illinois 60601-1293
Tel. (312) 368-4000
Fax. (312) 236-7516

1

CHGO1\31173531.1

**CERTIFICATE OF SERVICE**

    I, Amanda C. Jones, hereby certify that on March 31, 2008, I caused copies of the foregoing Notice of Dismissal Without Prejudice to be filed electronically.  Notice of this filing was sent automatically, via the Court's CM/ECF system, to all parties that have filed an electronic appearance in the proceeding.  In addition, on March 31, 2008, I caused a copy of the foregoing Notice of Dismissal Without Prejudice to be served on the following party, via overnight delivery:

        Charles Lee Mudd, Jr.
        Mudd Law Offices
        3114 West Irving Park Road, Suite 1W
        Chicago, IL  60618


DATED:  March 31, 2008        By:   */s/ Amanda C. Jones*
                                                 Amanda C. Jones

CHGO1\31173531.1