### UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

UMG Recordings Inc, et al.
                          Plaintiff,

v.                                          Case No.: 1:08−cv−00472
                                            Honorable William T. Hart

Kelsey E Allison
                          Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 1, 2008:

  MINUTE entry before Judge Honorable William T. Hart:Status hearing set for 4/2/2008 is stricken. Motion hearing set for 4/2/2008 is stricken. Plaintiffs' motion for default judgment and permanent injunction [11] is moot.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.