# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William T. Hart | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 472 | **DATE** | 4/1/2008 |
| **CASE TITLE** | UMG Recordings, Inc., et al. Vs. Kelsey Allison | | |

**DOCKET ENTRY TEXT**

Pursuant to FRCP 41(a)(a)(i), this case is dismissed without prejudice, each party to bear its own fees and costs.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CW |
|---|---|---|