**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and ARISTA RECORDS LLC, a Delaware limited liability company, <br><br> Plaintiffs, <br> vs. <br><br> KELSEY ALLISON, <br><br> Defendant. | Case No. 08 C 00472 <br><br> Honorable William T. Hart |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs UMG RECORDINGS, INC.; BMG MUSIC; SONY BMG MUSIC ENTERTAINMENT; WARNER BROS. RECORDS INC.; and ARISTA RECORDS LLC, *et al.*, by and through their attorneys, voluntarily dismiss this case with prejudice, each party to bear its/her own fees and costs.  The Clerk of Court is respectfully requested to close this case.

CHGO1\31219521.1

Respectfully submitted,

UMG RECORDINGS, INC.; BMG MUSIC;
SONY BMG MUSIC ENTERTAINMENT;
WARNER BROS. RECORDS INC.; and ARISTA
RECORDS LLC

Plaintiffs

DATED:  June 4, 2008                By:        */s/ Ann Marie Bredin*
                                              One of their attorneys

Keith W. Medansky (ARDC #06195673)
Ann Marie Bredin (ARDC #06255663)
Amanda C. Jones (ARDC #06286509)
**DLA PIPER US LLP**
203 N. LaSalle Street  Suite 1900
Chicago, Illinois 60601-1293
Tel. (312) 368-4000
Fax. (312) 236-7516

Attorneys for Plaintiffs

2

CHGO1\31219521.1

**CERTIFICATE OF SERVICE**

      I, Ann Marie Bredin, hereby certify that on June 4, 2008, I caused a copy of the ***Notice of Dismissal With Prejudice*** (the "Notice") to be filed electronically.  Notice of this filing was sent automatically, via the Court's CM/ECF system, to all parties that have filed an electronic appearance in this proceeding.  In addition, on June 4, 2008, I caused a copy of the Notice to be served on the following individual via United States mail, postage prepaid.

      Charles Lee Mudd, Jr.
      Mudd Law Offices
      3114 West Irving Park Road,
      Suite 1W
      Chicago, IL  60618


DATED:  June 4, 2008        By:    */s/ Ann Marie Bredin*
                                             Ann Marie Bredin